UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO.: 5:26-CV-236-BJB

KAREY MARTINEZ as Administrator
of the Estate of PATRICK MARTINEZ PLAINTIFF

v. **MOTION FOR WITHDRAWAL**

LANCE NOSBUSCH in his individual
and official capacity as a Deputy at the
Christian County Sheriff's Office; and
TYLER DEARMOND in his individual
and official capacity as Sheriff at the
Christian County Sheriff's Office DEFENDANTS

**** **** **** ****

Comes now the undersigned, James M. Yoder, on behalf of himself and the law firm Yoder Law, PLLC, and for his Motion to Withdraw states as follows:

Irreconcilable differences have arisen between the undersigned and Plaintiff, Karey Martinez, which make it impossible for undersigned to continue in his representation of Plaintiff. Pursuant to Local Rule 83.6(b), James M. Yoder, counsel of record in this matter, hereby state that: (1) no trial or hearing on a motion for judgment or dismissal is scheduled to occur within the next twenty-one days; and (2) the client has been notified of this withdrawal.

Respectfully submitted,

*/s/ James M. Yoder*
James M. Yoder
Yoder Law
175 E. Main Street, Suite 201
Lexington, Kentucky 40507
(859) 948-1161
Fax: 859-832-1603
james@yoder.law
caylee@yoder.law
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certified that on this Monday, November 9, 2026, the forgoing document was filed with the CM/ECF filing system and that a true and accurate copy was served via electronically to the following:

L. Scott Miller
Brittany O'Neil
Emily B. Pence
L.S Miller Law, PLLC
333 West Vine Street, Ste 1720
Lexington, Kentucky 40507
(859) 456-2244
lsmiller@lsmlaw.com
boneil@lsmlaw.com
epence@lsmlaw.com
*Counsel for Defendants*

VIA UPS Mail:
Karey Martinez
3179 Clark Store Road
Crofton, Kentucky 42217
karey.martinez90@gmail.com

/s/ James M. Yoder
James M. Yoder