UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO.: 5:26-CV-236-BJB

KAREY MARTINEZ as Administrator
of the Estate of PATRICK MARTINEZ PLAINTIFF

v **ORDER GRANTING MOTION TO WITHDRAW**

LANCE NOSBUSCH in his individual
and official capacity as a Deputy at the
Christian County Sheriff's Office; and
TYLER DEARMOND in his individual
and official capacity as Sheriff at the
Christian County Sheriff's Office DEFENDANTS

**** **** **** ****

This cause having come before the Court upon the Motion of the law firm Yoder Law, PLLC, to withdraw as counsel of the record for Plaintiff, Karey Martinez, the Court having reviewed the record, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDEGED that the Motion of the Law firm of Yoder Law, PLLC, to withdraw as counsel of record for Plaintiff, Karey Martinez, is hereby SUSTAINED.

IT IS FURTHER ORDERED the firm of Yoder Law, PLLC, be, and hereby is, relieved of all further responsibility for the representation of Plaintiff, Karey Martinez.

IT IS FURTHER ORDERED that Karey Martinez shall have 60 days from the date of entry of this Order in which to obtain new counsel.

SO ORDERED on ________________________, 202____.

______________________________
WESTERN DISTRICT JUDGE

Tendered by:

*/s/ James M. Yoder*
James M. Yoder

**CERTIFICATE OF SERVICE**

I hereby certify that on ________________________ a true and correct copy of the foregoing document served upon:

L. Scott Miller
Brittany O'Neil
Emily B. Pence
L.S Miller Law, PLLC
333 West Vine Street, Ste 1720
Lexington, Kentucky 40507
(859) 456-2244
lsmiller@lsmlaw.com
boneil@lsmlaw.com
epence@lsmlaw.com
*Counsel for Defendants*

James M. Yoder
Yoder Law
175 E. Main Street, Suite 201
Lexington, Kentucky 40507
(859) 948-1161
Fax: 859-832-1603
james@yoder.law
caylee@yoder.law

VIA UPS Mail:
Karey Martinez
3179 Clark Store Road
Crofton, Kentucky 42217
karey.martinez90@gmail.com